UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 14-1603-PLA                                        Date  April 17, 2014

Title: Star Fabrics, Inc. v. Mark Edwards Apparel, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                                                NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Plaintiff is ordered to show cause in writing **no later than April 24, 2014**, why this action should not be dismissed for lack of prosecution as to defendant Mark Edwards Apparel, Inc.

The Court will consider the filing of an Answer by defendant Mark Edwards Apparel, Inc., or plaintiff's request for entry of default, as an appropriate response to this Order to Show Cause, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action as to defendant Mark Edwards Apparel, Inc.

cc:       Counsel of Record

Initials of Deputy Clerk____ch____