Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK EDWARDS APPAREL, INC., *et al.*,<br><br>Defendant. | Case No.: CV14-1603-PLA<br>*Hon. Paul L. Abrams Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>*[[Proposed] Order Attached Concurrently Herewith]* |

    Having reviewed the stipulation of the parties to dismiss the action and finding good cause thereon,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, subject to any contractual obligations between or among them.

    SO ORDERED.

Date:  March 10, 2015        By: _____
                                            Hon. Paul L. Abrams
                                            U.S. Magistrate Judge